IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THOMAS CLAUDE ATKINS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 2:10-CV-0155-WCO |
| CHRISTOPHER DAVIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties through undersigned counsel hereby stipulate that this action, and all claims asserted herein, are hereby DISMISSED WITH PREJUDICE.

Respectfully submitted this ___3___ day of April, 2012.

/s/ *Nathanael Horsley*
Counsel for Plaintiff

Nathanael Horsley
Georgia Bar No. 367832
135 Prominence Court
Suite 130
Dawsonville, GA 30534
Phone: 706-216-7228
Fax: 706-216-1610
nhorsleylaw@hotmail.com

/s/ *Jason Waymire*
Counsel for Defendants

Jason C. Waymire
Ga. Bar No. 742602
Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter using the CM/ECF system which will automatically deliver by electronic transmission copies of this pleadings to the following:

>Mr. Jason C. Waymire
>Building 400, Suite A
>4330 South Lee St., NE
>Buford, GA 30518

This 4th day of April, 2012.

>KIMMEY, MURPHY & HORSLEY, P.C.


>/s/ Nathanael Horsley
>NATHANAEL A. HORSLEY
>Georgia Bar No. 367832
>Attorney for Plaintiff